JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| EUGENE KIM and HEE KIM, | Case No. 2:21-cv-08644-AB (PDx) |
|---|---|
| Plaintiffs, | **ORDER DISMISSING CIVIL ACTION** |
| v. | |
| GENERAL INSURANCE COMPANY OF AMERICA, | |
| Defendant. | |

The Court has been advised that this action has been settled.

The Court therefore **ORDERS** that this action is hereby **DISMISSED** without costs and without prejudice to the right, upon good cause shown within **45 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: February 1, 2023

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1.