# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENE KIM and HEE KIM,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>GENERAL INSURANCE COMPANY OF AMERICA, a New Hampshire corporation,<br><br>　　　　　Defendant. | Case No. 2:21-CV-08644-AB (PDx)<br><br>Honorable André Birotte Jr.<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE** |

**IT IS HEREBY ORDERED THAT:**

This Action is hereby Dismissed with Prejudice. Each party shall bear its own attorney's fees and costs in connection with the dismissal of the action.

Dated: April 04, 2023

_____
Honorable André Birotte Jr.
United States District Judge

ORDER GRANTING DISMISSAL OF ACTION WITH PREJUDICE Case No. 2:21-CV-08644-AB

4889-7375-3434.1